**STATE of Missouri, Respondent,**

v.

**Rick MARGRAVES, Defendant,**

**Ace 24 Hour Bail, Inc., Appellant.**

**No. WD 46338.**

Missouri Court of Appeals,
Western District.

Feb. 2, 1993.

Robert G. Duncan, Kansas City, for appellant.

Rick Margraves, pro se.

**734**

Stanley M. Thompson, Pros. Atty., Richmond, for respondent.

Before LOWENSTEIN, C.J., and FENNER and HANNA, JJ.

### ORDER

**PER CURIAM.**

Appeal from a judgment entered against defendant Margraves and appellant Ace 24 Hour Bail, Inc., on defendant's surety bond as a result of Margrave's failure to appear for his court date.

Judgment Affirmed. Rule 84.16(b).